UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ANTHONY S. BERRINGER,

    Plaintiff,                       No. C 11 4072 PJH (PR)

  vs.                               **ORDER OF DISMISSAL**

PASCUA, et al.,

    Defendants.

    This is a civil rights case filed pro se by a state prisoner. On the day the case was opened the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis ("IFP"). A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope. Plaintiff was warned to pay the fees or file an IFP application within thirty days or the case would be dismissed.

    Plaintiff has not responded and the time to do so has expired. The case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: November 8, 2011.

                                             PHYLLIS J. HAMILTON
                                             United States District Judge

P:\PRO-SE\PJH\CR.11\BERRINGER4072.dsm-ifp.wpd